# United States Court of Appeals for the Federal Circuit

--------

December 12, 2017

**ERRATA**

--------

Appeal Nos. 2014-1611, 2016-1065, 2016-2150, 2016-2212

## IN RE UNIFIED MESSAGING SOLUTIONS LLC AND ADVANCED MESSAGING TECHNOLOGIES, INC. PATENT LITIGATION

-------------------------------------------------------------------

**UNIFIED MESSAGING SOLUTIONS LLC, ADVANCED MESSAGING TECHNOLOGIES, INC.,**
*Plaintiffs-Appellants*

**v.**

**GOOGLE, INC., SHAWGUIDES INC., U.S. BANCORP, U.S. BANK NATIONAL ASSOCIATION, SCOTTRADE, INC., ORBITZ, INC., MULTIPLY, INC., AMERICAN AIRLINES, INC., FIFTH THIRD BANCORP, SANTANDER HOLDINGS USA, INC., BANCORPSOUTH, INC., CUPID, PLC,**
*Defendants*

**BMO HARRIS BANK N.A.,**
*Defendant-Appellee*

**SOUTHWEST AIRLINES CO., GROUPON, INC., UNITED AIR LINES, INC., EARTHLINK, LLC, GENERAL ELECTRIC CAPITAL SERVICES, INC.,**

**THE NORTHWESTERN MUTUAL LIFE
INSURANCE COMPANY, STATE STREET
CORPORATION, GOVERNMENT EMPLOYEES
INSURANCE COMPANY, GEICO ADVANTAGE
INSURANCE COMPANY, BRANCH BANKING AND
TRUST COMPANY, COXCOM, LLC, FIDELITY
NATIONAL INFORMATION SERVICES, INC.,
METAVANTE CORPORATION, FISERV, INC.,
FRIENDFINDER NETWORKS INC., VARIOUS, INC.,
SUNTRUST BANKS, INC., SUNTRUST BANK, JUNO
ONLINE SERVICES, INC., NETZERO, INC.,
PEOPLECONNECT, INC., F/K/A CLASSMATES,
BOKF, N.A., BANCO POPULAR NORTH AMERICA,
HUMANA, INC., CONN'S INC., CONN APPLIANCES,
INC., EVERBANK, COMPASS BANK, UNITED
SERVICE AUTOMOBILE ASSOCIATION,
PEOPLE'S UNITED BANK, NATIONAL
ASSOCIATION, SPORTSVITE, LLC, HSBC NORTH
AMERICA HOLDINGS, INC., HSBC USA, INC.,
HSBC BANK USA, N.A., SPRINT NEXTEL
CORPORATION, TWITTER, INC., YAHOO! INC.,
SANTANDER BANK, N.A.,**
*Defendants-Cross-Appellants*

Decided: December 8, 2017
Nonprecedential Opinion

—————————————

Please make the following changes:

On page two, replace the nature of proceedings with the following:

Appeals from the United States District Court for the Northern District of Illinois in No. 1:12-cv-01488, 1:12-cv-01490, 1:12-cv-01492, 1:12-cv-03875, 1:12-cv-06286, 1:12-cv-06290, 1:12-cv-06291, 1:12-cv-06292, 1:12-cv-06293, 1:12-cv-06636, 1:12-cv-06637, 1:12-cv-06645, 1:12-cv-06650, 1:13-cv-00267, 1:13-cv-00269, 1:13-cv-00270, 1:13-

cv-00271, 1:13-cv-00273, 1:13-cv-00274, 1:13-cv-00276, 1:13-cv-00277, 1:13-cv-00278, 1:13-cv-00324, 1:13-cv-00327, 1:13-cv-00333, 1:13-cv-00337, 1:13-cv-00338, 1:13-cv-00339, 1:13-cv-00340, 1:13-cv-00343, 1:13-cv-00344, 1:13-cv-02999, 1:13-cv-03001, 1:13-cv-03002, 1:13-cv-03007, 1:13-cv-03008, 1:13-cv-05595, MDL No. 2371, Judge Joan H. Lefkow.